UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>*Pizzabov, Inc., et al. v. Visa International Service Association, et al.,* No. 20-cv-01517 (E.D.N.Y.) (MKB) (VMS). | No. 05-md-01720 (MKB) (VMS)<br><br>**PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

WHEREAS, all of the plaintiffs ("Plaintiffs") in the action *Pizzabov, Inc., et al. v. Visa International Service Association, et al.,* No. 20-cv-1517 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of their respective claims against all of the defendants ("Defendants") in the *Pizzabov* action, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims and action against the Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the

Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: _____May 14_, 2021.

        **SCHLANGER LAW GROUP, LLP**

By: _/s/ Daniel A. Schlanger_
Daniel A. Schlanger
80 Broad Street, Suite 1301
New York, NY   10004
(212) 500-6114
dschlanger@consumerprotection.net

**CHHABRA GIBBS & HERRINGTON PLLC**

Brian K. Herrington
120 North Congress Street, Suite 200
Jackson, MS   39201
(601) 948-8005
bherrington@nationalclasslawyers.com

**CUNEO GILBERT & LADUCA, LLP**

Jonathan W. Cuneo
Victoria Sims
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC   20016
(202) 789-3960
jonc@cuneolaw.com
vicky@cuneolaw.com

*Attorneys for All Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: _/s/ Robert C. Mason_
Robert C. Mason
250 West 55th Street
New York, NY   10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

2

>Robert J. Vizas
>Three Embarcadero Center, 10th Floor
>San Francisco, CA 94111-4024
>(415) 471-3100
>robert.vizas@arnoldporter.com
>
>Matthew A. Eisenstein
>601 Massachusetts Avenue, NW
>Washington, DC 20001-3743
>(202) 942-5000
>matthew.eisenstein@arnoldporter.com
>
>**HOLWELL SHUSTER & GOLDBERG LLP**
>
>Michael S. Shuster
>Demian A. Ordway
>Blair E. Kaminsky
>425 Lexington Avenue
>New York, NY 10017
>(646) 837-5151
>mshuster@hsgllp.com
>dordway@hsgllp.com
>bkaminsky@hsgllp.com
>
>*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*
>
>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
>
>By: /s/ Gary R. Carney
>Gary R. Carney
>1285 Avenue of the Americas
>New York, NY 10019-6064
>(212) 373-3000
>gcarney@paulweiss.com

3

        Kenneth A. Gallo
        Donna M. Ioffredo
        2001 K Street, NW
        Washington, DC  20006-1047
        (202) 223-7300
        kgallo@paulweiss.com
        dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**MORRISON & FOERSTER LLP**

By: _____
Michael B. Miller
250 West 55th Street
New York, NY  10019-9601
(212) 468-8000
mbmiller@mofo.com

Natalie Fleming Nolen
2100 L Street, NW, Suite 900
Washington, DC  20037
(202) 887-1500
nflemingnolen@mofo.com

*Attorneys for Defendants Bank of America, N.A., BA Merchant Services LLC (formerly known as National Processing Inc.), and Bank of America Corporation*

4

SHEARMAN & STERLING LLP

By: _/s/ Richard Schwed_____
    Richard Schwed
    Grace J. Lee
    Benjamin Klebanoff
    599 Lexington Avenue
    New York, NY 10022
    (212) 848-4000
    rschwed@shearman.com
    grace.lee@shearman.com
    benjamin.klebanoff@shearman.com

*Attorneys for Defendants Barclays Bank plc, Barclays Delaware Holdings, LLC (formerly known as Juniper Financial Corporation), Barclays Bank Delaware (formerly known as Juniper Bank), and Barclays Financial Corp.*

O'MELVENY & MYERS LLP

By: _____
    Andrew J. Frackman
    Abby F. Rudzin
    7 Times Square
    New York, NY 10036
    (212) 326-2000
    afrackman@omm.com
    arudzin@omm.com

*Attorneys for Defendants Capital One Bank (USA), N.A., Capital One, N.A. (and as successor to Capital One F.S.B.), and Capital One Financial Corporation*

**SHEARMAN & STERLING LLP**

By: _____
    Richard Schwed
    Grace J. Lee
    Benjamin Klebanoff
    599 Lexington Avenue
    New York, NY   10022
    (212) 848-4000
    rschwed@shearman.com
    grace.lee@shearman.com
    benjamin.klebanoff@shearman.com

*Attorneys for Defendants Barclays Bank plc, Barclays Delaware Holdings, LLC (formerly known as Juniper Financial Corporation), Barclays Bank Delaware (formerly known as Juniper Bank), and Barclays Financial Corp.*

**O'MELVENY & MYERS LLP**

By: _____
    Andrew J. Frackman
    Abby F. Rudzin
    7 Times Square
    New York, NY 10036
    (212) 326-2000
    afrackman@omm.com
    arudzin@omm.com

*Attorneys for Defendants Capital One Bank (USA), N.A., Capital One, N.A. (and as successor to Capital One F.S.B.), and Capital One Financial Corporation*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ BB
    Boris Bershteyn
    Kamali P. Willett
    One Manhattan West
    New York, NY 10001-8602
    (212) 735-3000
    boris.bershteyn@skadden.com
    kamali.willett@skaddden.com

*Attorneys for Defendants Chase Bank USA, N.A. (and as successor to Chase Manhattan Bank USA, N.A.), Paymentech, LLC, Chase Paymentech Solutions, LLC, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. (and as successor to Washington Mutual Bank)*


**SIDLEY AUSTIN LLP**

By: _____
    Benjamin R. Nagin
    Thomas A. Paskowitz
    Marissa Alter-Nelson
    787 Seventh Avenue
    New York, NY 10019
    (212) 839-5911
    bnagin@sidley.com
    tpaskowitz@sidley.com
    malternelson@sidley.com

*Attorneys for Defendants Citibank, N.A. (and as successor to Citibank (South Dakota), N.A.), Citigroup Inc., and Citicorp*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Boris Bershteyn
Kamali P. Willett
One Manhattan West
New York, NY 10001-8602
(212) 735-3000
boris.bershteyn@skadden.com
kamali.willett@skaddden.com

*Attorneys for Defendants Chase Bank USA, N.A. (and as successor to Chase Manhattan Bank USA, N.A.), Paymentech, LLC, Chase Paymentech Solutions, LLC, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. (and as successor to Washington Mutual Bank)*

SIDLEY AUSTIN LLP

By: _____
Benjamin R. Nagin
Thomas A. Paskowitz
Marissa Alter-Nelson
787 Seventh Avenue
New York, NY 10019
(212) 839-5911
bnagin@sidley.com
tpaskowitz@sidley.com
malternelson@sidley.com

*Attorneys for Defendants Citibank, N.A. (and as successor to Citibank (South Dakota), N.A.), Citigroup Inc., and Citicorp*

**KEATING MUETHING & KLEKAMP, PLL**

By: /s/ Richard L. Creighton, Jr.
Richard L. Creighton, Jr.
Drew M. Hicks
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6400
rcreighton@kmklaw.com
dhicks@kmklaw.com

*Attorneys for Defendant Fifth Third Bancorp*

**KUTAK ROCK LLP**

By: _____
John P. Pasarelli
James M. Sulentic
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

*Attorneys for Defendant First National Bank of Omaha*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: _____
David S. Lesser
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8851
david.lesser@wilmerhale.com

7

**KEATING MUETHING & KLEKAMP, PLL**

By: _____
Richard L. Creighton, Jr.
Drew M. Hicks
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
(513) 579-6400
rcreighton@kmklaw.com
dhicks@kmklaw.com

*Attorneys for Defendant Fifth Third Bancorp*

**KUTAK ROCK LLP**

By: _____
John P. Pasarelli
James M. Sulentic
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186
(402) 346-6000
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

*Attorneys for Defendant First National Bank of Omaha*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: _____
David S. Lesser
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8851
david.lesser@wilmerhale.com

7

KEATING MUETHING & KLEKAMP, PLL

By: _____
Richard L. Creighton, Jr.
Drew M. Hicks
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
(513) 579-6400
rcreighton@kmklaw.com
dhicks@kmklaw.com

*Attorneys for Defendant Fifth Third Bancorp*


KUTAK ROCK LLP

By: _____
John P. Pasarelli
James M. Sulentic
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186
(402) 346-6000
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

*Attorneys for Defendant First National Bank of Omaha*


WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ David S. Lesser
David S. Lesser
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8851
david.lesser@wilmerhale.com

Perry A. Lange
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
perry.lange@wilmerhale.com

*Attorneys for Defendants HSBC Finance Corporation, HSBC Bank USA, N.A., HSBC North American Holdings Inc., HSBC Holdings plc, and HSBC Bank plc*

**REED SMITH LLP**

By: _/s/ Michelle A. Mantine_
Michelle A. Mantine
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 288-4268
mmantine@reedsmith.com

Alejo R. Cabranes
599 Lexington Avenue, 23rd Floor
New York, NY 10022
(212) 549-4193
acabranes@reedsmith.com

*Attorneys for Defendant The PNC Financial Services Group, Inc. (and as successor to National City Corporation)*

       **ALSTON & BIRD LLP**

By: _____/s/ Kara F. Kennedy_____
   Teresa T. Bonder
   Valarie C. Williams
   Kara F. Kennedy
   1201 West Peachtree Street, Suite 4900
   Atlanta, GA   30309-3424
   (404) 881-7000
   teresa.bonder@alston.com
   valarie.williams@alston.com
   kara.kennedy@alston.com

*Attorneys for Defendants SunTrust Banks, Inc.*
*(now known as Truist Financial Corporation)*
*and SunTrust Bank (now known as Truist Bank)*


       **PULLMAN & COMLEY, LLC**


By: _____
   Jonathan B. Orleans
   Adam S. Mocciolo
   850 Main Street
   P. O. Box 7006
   Bridgeport, CT   06601-7006
   (203) 330-2000
   jborleans@pullcom.com
   amocciolo@pullcom.com

*Attorneys for Defendant Texas Independent*
*Bancshares, Inc.*

**ALSTON & BIRD LLP**


By: _____
    Teresa T. Bonder
    Valarie C. Williams
    Kara F. Kennedy
    1201 West Peachtree Street, Suite 4900
    Atlanta, GA   30309-3424
    (404) 881-7000
    teresa.bonder@alston.com
    valarie.williams@alston.com
    kara.kennedy@alston.com

*Attorneys for Defendants SunTrust Banks, Inc. (now known as Truist Financial Corporation) and SunTrust Bank (now known as Truist Bank)*


**PULLMAN & COMLEY, LLC**


By: _____
    Jonathan B. Orleans
    Adam S. Mocciolo
    850 Main Street
    P. O. Box 7006
    Bridgeport, CT   06601-7006
    (203) 330-2000
    jborleans@pullcom.com
    amocciolo@pullcom.com

*Attorneys for Defendant Texas Independent Bancshares, Inc.*

9

|  | **PATTERSON BELKNAP WEBB & TYLER LLP** |
|---|---|
| By: | */s/ Robert LoBue* |
|  | Robert P. LoBue |
|  | William F. Cavanaugh |
|  | 1133 Avenue of the Americas |
|  | New York, NY  10036 |
|  | (212) 336-2000 |
|  | rplobue@pbwt.com |
|  | wfcavanaugh@pbwt.com |

*Attorneys for Defendant Wells Fargo & Company (and as successor to Wachovia Bank, N.A.)*


**SO ORDERED:**

Dated:

  5/24/2021                                                  s/ MKB
Brooklyn, New York                          United States District Judge
                                                          MARGO K. BRODIE

10